**Nicholas WEIMER, Plaintiff–Appellant**

v.

**SETERUS INC., Defendant–Appellee.**

**IBM Lending, Defendant.**

**Kozeny & McCubbin, Defendant–Appellee.**

**Does 1–10, Inclusive Defendant.**

**No. 14–3373.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 28, 2015.

Filed: June 2, 2015.

Nicholas Weimer, Los Angeles, CA, pro se.

Kevin M. Hudspeth, McGinnis Wutscher Beiramee LLP, Cincinnati, OH, for appellee Seterus, Inc.

Garry McCubbin, Kozeny & McCubbin, L.C., St. Louis, MO, for appellee Kozeny & McCubbin, L.C.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

1. The Honorable Brian C. Wimes, United States District Judge for the Western District

**PER CURIAM.**

In this action removed from state court to federal court, Nicholas Weimer appeals after the district court[1] denied his motion for leave to amend his complaint, granted a motion to dismiss for failure to state a claim, and ruled adversely on cross-motions for summary judgment. After carefully reviewing the record and the parties' arguments on appeal, we find no basis for reversal. *See Harris v. FedEx Nat'l LTL, Inc.,* 760 F.3d 780, 786 (8th Cir.2014) (denial of leave to amend is reviewed for abuse of discretion); *Rochling v. Dep't of Veterans Affairs,* 725 F.3d 927, 930 (8th Cir. 2013) (dismissal for failure to state claim is reviewed de novo); *Humphries v. Pulaski Cnty. Special Sch. Dist.,* 580 F.3d 688, 692 (8th Cir.2009) (decision on cross-motions for summary judgment is reviewed de novo). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.